No. 21-6580,   John Barfield v. Teressa Cunningham
8:20-cv-02388-DCN

## 1. Declaration of Inmate Filing

An inmate's notice of appeal is timely if it was deposited in the institution's internal mail system, with postage prepaid, on or before the last day for filing. Timely filing may be shown by:

- a postmark or date stamp showing that the notice of appeal was timely deposited in the institution's internal mail system, with postage prepaid, or
- a declaration of the inmate, under penalty of perjury, of the date on which the notice of appeal was deposited in the institution's internal mail system with postage prepaid. To include a declaration of inmate filing as part of your informal brief, complete and sign the declaration below:

---

**Declaration of Inmate Filing**

Date NOTICE OF APPEAL deposited in institution's mail system: **4-26-21**

I am an inmate confined in an institution and deposited my notice of appeal in the institution's internal mail system. First-class postage was prepaid either by me or by the institution on my behalf.

I declare under penalty of perjury that the foregoing is true and correct (see 28 U.S.C. § 1746; 18 U.S.C. § 1621).

Signature: [signed]   Date: **4-26-21**

[*Note to inmate filers: If your institution has a system designed for legal mail, you must use that system in order to receive the timing benefit of Fed. R. App. P. 4(c)(1) or Fed. R. App. P. 25(a)(2)(A)(iii).*]

---

## 2. Jurisdiction

Name of court or agency from which review is sought:
District of South Carolina Anderson/Greenwood

Date(s) of order or orders for which review is sought:
Summary Judgment was Granted on 4-5-2021

## 3. Issues for Review

Use the following spaces to set forth the facts and argument in support of the issues you wish the Court of Appeals to consider. The parties may cite case law, but citations are not required.

**Issue 1.** The damage being done to my liver

**Supporting Facts and Argument.**

I Tested Positive for Hepatitis C August 2019. I have been on several medications that make the condition worse. See Evidence Submitted.

**Issue 2.** I have been here since July of 2019 and will be here another year or so awaiting trial

**Supporting Facts and Argument.**

Arrest record show's the length of time I have been here 651 day's as of today 4-22-21. The lawsuit was filed in June 22 2020 it's been 8 months the treatment is only a 3 month regimen of pills. My lawyer is Vick meetze he states I will be here another year or so.

**Issue 3.** Felicia Wilson states not a serious medical condition. The regimen of pills I have been put on and the length of time I have

**Supporting Facts and Argument.** been here.

How is it possible for anyone but a specialist to see how serious the disease has progressed if no testing has been done, besides the test saying I have Hep C. I am allready showing signs of Jaundice. With the length of time I have been on the medication and with me being held with no bond is a clear indicator of me being here longer than the required 3 months.

**Issue 4.** The overall handling of the suit.

**Supporting Facts and Argument**

I am not a law practitioner only an inmate who doesn't want his health to diminish more due to negligence. with me being a lay person to law I don't know what all needs reviewing and ask this courts overall Review.

**4. Relief Requested**
Identify the precise action you want the Court of Appeals to take: Treatment and any and all else this Court deem Just and Fit

## 5. Prior appeals (for appellants only)
A. Have you filed other cases in this court? Yes [X] No [ ]

B. If you checked YES, what are the case names and docket numbers for those appeals and what was the ultimate disposition of each?

John Barfield v Hope Hatchell 8:20-cv-01828-DCN
No Disposition has been reached yet.

_____
Signature
[Notarization Not Required]

John L Barfield
[Please Print Your Name Here]

### CERTIFICATE OF SERVICE
**********************

I certify that on 1-26-21 I served a copy of this Informal Brief on all parties, addressed as shown below:

_____
Signature

**NO STAPLES, TAPE OR BINDING PLEASE**

NAME John Barfield
FLORENCE COUNTY
DETENTION CENTER
6719 FRIENDFIELD ROAD
EFFINGHAM, SC 29541

Clerk
U.S Court of Appeals, Fourth Circuit
1100 East main Street, 5th Floor
Richmond, VA 23219