# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

November 19, 2021

_____

## DOCKET CORRECTION NOTICE

_____

No.  21-6580,      <u>John Barfield v. Teressa Cunningham</u>
                   8:20-cv-02388-DCN

TO:     Rights Behind Bars

FILING CORRECTION DUE:  November 24, 2021

Please make the correction identified below and file a corrected document by the date indicated.

[x] Please file the proposed Amicus Curiae brief attached to the motion, separately on the docket using the entry Amicus Curiae/Intervenor Brief with an appearance of counsel form attached.

Kirsten Hancock, Deputy Clerk
804-916-2704