UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 21-6580
(8:20-cv-02388-DCN)

_____

JOHN LAWRENCE BARFIELD

    Plaintiff - Appellant

v.

TERESSA CUNNINGHAM; FELISHA WILSON; MAJOR MICHAEL NUNN

    Defendants - Appellees

and

HOPE HATCHELL; ERIC MCDANIEL

    Defendants

------------------------------

RIGHTS BEHIND BARS

    Amicus Supporting Appellant

_____

O R D E R

_____

This case is calendared for oral argument on September 20, 2023.

For reasons appearing to the court, this case is removed from the oral

argument calendar and placed in abeyance pending a decision by this court in *Short v. Hartman*, No. 21-1396.

                                            For the Court

                                            /s/ Patricia S. Connor, Clerk