UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 21-6580
(8:20-cv-02388-DCN)
_____

JOHN LAWRENCE BARFIELD

Plaintiff - Appellant

v.

TERESSA CUNNINGHAM; FELISHA WILSON; MAJOR MICHAEL NUNN

Defendants - Appellees

and

HOPE HATCHELL; ERIC MCDANIEL

Defendants

------------------------------

RIGHTS BEHIND BARS

Amicus Supporting Appellant

---

## O R D E R

---

Upon consideration of information related to appellant's death during the pendency of this appeal, the court dismisses this appeal as moot.

Entered at the direction of Judge Niemeyer with the concurrence of Judge King and Judge Harris.

For the Court

/s/ Nwamaka Anowi, Clerk